# EXHIBIT "A"

**List of Properties**

1. **2131 Brighton Street, Philadelphia, PA 19149**
2. **40 East Rittenhouse Street, Philadelphia, PA 19144**
3. **245 Burmont Road, Drexel Hill, PA 19026**
4. **347 Avon Road, Upper Darby, PA 19082**
5. **355 Avon Road, Upper Darby, PA 19082**
6. **37 Walnut Street, Clifton Heights, PA 19018**
7. **412 Long Lane, Upper Darby, PA 19082**
8. **4690 State Road, Drexel Hill, PA 19026**
9. **8513 Lansdowne Avenue, Upper Darby, PA 19082**
10. **419 Glendale Avenue, Upper Darby, PA 19082**
11. **526 Timberlake Road, Upper Darby, PA 19082**
12. **418 Timberlake Road, Upper Darby, PA 19082**
13. **599 Timberlake Road, Upper Darby, PA 19082**