# EXHIBIT "F"

Case 23-00062-djb    Doc 1-6    Filed 09/18/23    Entered 09/18/23 21:33:17    Desc
Exhibit F    Page 2 of 6

**PNC REAL ESTATE**

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| | |
|---|---|
| Loan Number | 030501664 |
| Payment Due Date | 11/09/2018 |
| Current Amounts Due | $11,609.41 |
| Past Due Payment | $0.00 |
| Total Payment Due | $11,609.41 |

Regular Payment: _____
Add'l Principal: _____
Add'l Escrow: _____
Late Charge: _____
TOTAL: _____

*Please Complete the Above Information*

**RETURN SERVICE REQUESTED**

MBMK Property Holdings LLC
Attn: Matthew Breen
18 Campus Blvd., STE 100
Newtown Square, PA 19073

Mail To:

Midland Loan Services, a PNC Real Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA 19182-8626

000 00000000 030501664 8 00000000000000000000000000000000000000000000

*Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.*
*Midland can only accept payments by check, money order or electronic fund transfer. Please do not send cash.*

**PNC REAL ESTATE**

| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | 2131 Brighton St.   Philadelphia PA 19149 |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT   (800) 984-9643   - FROM 8 AM – 5 PM CST

### LOAN INFORMATION

| | |
|---|---|
| Current Principal Balance | $1,120,700.00 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $0.00 |
| Tax Escrow Balance | $6,203.09 |
| Taxes Disbursed YTD | $0.00 |
| Property Insurance Escrow Balance | $1,390.97 |
| Property Insurance Disbursed YTD | $0.00 |
| Reserve Escrow Balance | $1,083.33 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

### PAST DUE PAYMENT INFORMATION

| | |
|---|---|
| Past Due Principal | $0.00 |
| Past Due Interest | $0.00 |
| Past Due Escrow | $0.00 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $0.00 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $0.00 |

### CURRENT AMOUNTS DUE

| | |
|---|---|
| Current Principal Due | $843.49 |
| Current Interest Due | $6,427.21 |
| Current Tax Escrow Due | $3,101.55 |
| Current Insurance Escrow Due | $695.49 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $0.00 |
| Current Misc. Fee Due | $0.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $11,609.41 |

### LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 11/09/2018, the applicable grace period provided in your loan documents.

### SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**\*\*Beginning with the January 2017 statement, billing statements may be viewed or downloaded from the "Documents" menu in Borrower Insight.**

### TOTAL DUE

| | |
|---|---|
| TOTAL PAYMENT DUE | $11,609.41 |
| Date Payment Due | 11/09/2018 |

*Information as of:*   10/25/2018

---

Correspondence Address:
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

Overnight Address:
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK 74135

Wiring information: PNC Bank, N.A.
Bank ID: 043000096
Acct#: 1006967647
Attn:   Midland Loan Services, a PNC
        Real Estate Business
Loan #: 030501664

Frm1_V2.0_2012-02-06





# Automated Wire Transfer Request

## Customer Information

**\*Customer Name:** MBMK PROPERTY HOLDINGS LLC    **\*Phone#:** 2677160151 (xxx-xxx-xxxx)    **Extn:**

**Authorized Representative (if applicable):** MATTHEW STEPHEN BREEN

(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent.)

**\*Photo ID Type:** US State Driver's License w/ Photo    **\*ID#:** 27155995

**Issued By:** PA    **Issue Date (mm-dd-yyyy):** 04102017    **Expiration Date (mm-dd-yyyy):** 06192021

**Additional ID Type (if applicable):** - Select -    **ID#:**

**Issued By:**    **Issue Date (mm-dd-yyyy):**    **Expiration Date (mm-dd-yyyy):**

## Transaction Information

**Entry Operator:** J061020

**Payment Amount (x,xxx.xx):** 11609.41    **Currency:** USD - US DOLLAR

**Date:** Send    13   NOV   2018

## Debit Party

D-DDA    **Account Number:** 6312145658

**Full Name / Street address / City, State, Zipcode:**
MBMK PROPERTY HOLDINGS LLC
18 CAMPUS BLVD STE 100
NEWTOWN SQUARE    PA 190733240

**NOTE:** If Wire Transfer Form contains a P.O. Box as customer address, verify physical address on file.

https://rpi:8661/prod_webmts_war/entBeneficiaryTransfer.do                    11/13/2018

## Beneficiary

| | | |
|---|---|---|
| Not On Us ▼ | Account Number | 1006967647 |
| | Full Name<br>Street address<br>City, State, Zipcode | MIDLAND LOAN SERVICES<br>PO BOX 828626<br>PHILADELPHIA, PA 19182 |

| | *Beneficiary Phone# (xxx-xxx-xxxx) | 8009849643 |
|---|---|---|

## Final Beneficiary Bank

| | | |
|---|---|---|
| A-ABA ▼ | Routing Number | 043000096 |
| | Bank Name<br>Street Address<br>City, State, Zipcode | PNC BANK, NATIONAL ASSOCIATION<br>PITTSBURGH, PA |

## Bank to Bank Information

## Originator to Beneficiary Information

REF: LOAN #030501664

---

**Client Acknowledgement**

I have received, read, and understand the Automated Wire Transfer Request Form - Terms and Conditions. I acknowledge and certify to the accuracy of all the information contained herein and agree to pay the applicable fee plus correspondent bank charges, if any.

Customer signature _____
(use if two signatures are required)

Branch representative: _____ (No initials)
(Name)

Branch# : _____ Branch Phone # : _____

Date: _____ Reference # 20181113-00005313

I have verified the customer to the identification indicated above
_____ / _____
(Banker's handwritten initials and E#)

Wires $18K USD or greater fax to CWG 1.888.666.0132 (CT, MA, NH, RI, VT) or 1.888.666.0134 (DE, MI, NJ, NY, OH, PA)

Photo copy: provide one copy to the customer and keep original signed by customer in branch file designated for wire requests.

https://rpi:8661/prod_webmts_war/entBeneficiaryTransfer.do                                  11/13/2018

# AUTOMATED WIRE TRANSFER REQUEST FORM - TERMS AND CONDITIONS

These Automated Wire Transfer Request Form Terms and Conditions (these "Terms and Conditions") set out the terms and conditions which, together with the information on the Wire Transfer Request Form (the "Form") itself, govern the manner in which the request to process and execute the funds transfer set out on the Form (the "Transfer")

is accepted for processing and execution by the Bank. "You" or "your" refers to the Customer and the Customer's Authorized Representative, if any, identified on the Form.

1. **Transfer governed by Uniform Commercial Code.** Except as otherwise provided for in the Form, the Transfer and the respective rights, obligations and liabilities of you and the Bank will be as set out in and as governed by Article 4A of the Uniform Commercial Code - Funds Transfers ("Article 4A"). If a term is capitalized in the Form or these Terms and Conditions and is not defined, such terms will have the meanings ascribed to them in Article 4A.

2. **Execution of Transfer.** Subject to the provisions of section 4, the Bank will execute the Transfer in the name of the Customer as "Sender", provided that the Customer has sufficient available funds on deposit in the Account and provided further that the Bank may treat the Form as if it were received at the opening of the next funds transfer business day of the Bank. Unless you direct us to employ one or more intermediary banks as set out on the front of the Form, the Bank may execute the Transfer by any means the Bank in good faith believes is reasonable and convenient given the circumstances. Regardless of the method of transfer the Bank chooses, the Bank will be acting as your agent and, in executing the Transfer, may make use of any correspondents, agents or sub-agents and any routes for the forwarding of the funds

to the beneficiary at the address shown in the Form.

3. **Proof of Payment.** Notice of receipt by the beneficiary of the Transfer in any form, if received by the Bank from any correspondent bank, agent or sub-agent shall be

conclusive proof of payment and the performance by the Bank of its obligations hereunder.

4. **Fedwire and Applicable Rules.** The Transfer or cancellation thereof may be furthered by any bank by use of the funds transfer system of the Federal Reserve Banks ("Fedwire"). The rights and obligations of the Bank and the Customer with respect to the Transfer, any part of which is carried out through the use of Fedwire, will be governed by any applicable laws, the regulations of the Board of Governors of the Federal Reserve system, and the operating circulars of the Federal Reserve Banks. The Transfer or cancellation thereof, if carried out through a funds transfer system will be governed by all applicable funds transfer system rules, whether or not the Bank is a member of the system. Customer acknowledges and agrees that the Bank's right to reverse, adjust, stop payment, delay posting, or provide notice of receipt by the beneficiary of the Transfer is subject to the laws, regulations, circulars, and rules described in this section some of which may vary from the provisions of Article 4A, including

rules which do not require the Bank to give the Customer notice of receipt by the beneficiary of the Transfer.

5. **Compliance with Applicable Laws.** Bank and Customer agree that they shall comply with: (i) all applicable laws, regulations, rules, orders, guidance and polices to which they are subject, including, without limitation, the rules policies and guidance promulgated by regulatory authorities, Fedwire and any other money transfer systems used by Bank and other financial institutions in connection with the execution of the Transfer. Customer warrants and certifies to Bank that it has all licenses and complies with all formalities necessary to effect the Transfer, and that Customer is in compliance with all applicable domestic and foreign laws, orders and regulations (including but not limited to those relating to prohibition on internet gambling, operation of an internet casino or gambling business, money laundering, foreign exchange and the regulations of the Office of Foreign Assets Control (OFAC)). Customer warrants that it will not act on behalf of, or transmit funds to or from, any blocked party designated under OFAC enforced regulations. At Bank's request; Customer will give Bank compliance certificates. In the event that accepting the Transfer would result in an unacceptable credit exposure or other risk to Bank, or would cause Bank to violate any law, regulation, rule, order or internal or external policy or guidance from any governmental or regulatory authority or entity having ownership or control over Bank or any affiliates, Bank may, without prior notice, refuse to accept and execute the

Transfer.

6. **Cancellation of the Transfer.** The Customer may cancel the Transfer, provided the cancellation instruction is received by the Bank at a time and in a manner

affording the Bank a reasonable opportunity to act prior to the Bank's Acceptance of the Transfer.

7. **Rejection of the Transfer.** If the Bank rejects or fails to execute the Transfer, then, unless prohibited by applicable law, no later than the close of business on the Execution date of the Transfer, the Bank shall notify the Customer of its rejection of the Transfer. If Customer has paid for the Transfer, the Bank will reimburse the Customer

for those funds and pay compensation for the use of those funds as set forth in section 8.

8. **Fees, Compensation, and Costs.** The Customer agrees to pay to the Bank the fees as set out on the front of the Form. Other fees and compensation are as follows:
(a) Whenever compensation in the form of interest is payable by the Bank to the Customer, such compensation shall be payable at a rate equal to the average of the federal funds rate published by the Federal Reserve Bank of New York for each of the days for which interest is payable computed on the basis of a year of 360 days.
(b) In the event the Bank rejects or fails to execute the Transfer without giving notice as provided in section 7, the Bank shall compensate the Customer for the use of funds at the rate specified in subsection 8(a) if, on the Execution date of the Transfer, there was a sufficient withdrawable credit balance in the Account to pay for the Transfer. Compensation shall be computed based on the number of day elapsing after the Execution date to the day the Customer learns the Transfer was not executed, counting the final day of the period as an elapsed day. If the withdrawable credit balance during that period falls below the amount of the Transfer, the amount of interest will be reduced accordingly. Notwithstanding the foregoing, if the Account is an interest bearing account, no compensation will be due hereunder.
(c) In the event the Customer fails to pay any overdraft as required by section 9, the Customer shall pay the Bank interest at the average of the federal funds rate published by the Federal Reserve Bank of New York for each of the days for which interest is payable computed on the basis of a year of 360 days.
(d) The actual amount received by the beneficiary may be reduced by charges imposed by one or more Intermediary Banks and/or the Beneficiary's Bank.

9. **Debits, Set-off, and Overdrafts.** The Customer authorizes the Bank to debit the Account in the amount of the Transfer plus any applicable fees and charges. If there are insufficient withdrawable funds in the Account, the Customer authorizes the Bank to debit any other account held by the Bank in the name of the Customer. The Bank may debit the Account or any other account, even if the debit creates or increases an overdraft in the Account or other account. In the event that an overdraft is created or increased, the Customer shall cause sufficient available funds to pay the amount of the overdraft to be deposited into or credited to the Account or other account by the

close of that business day. Any overdraft existing at the close of a business day is immediately due and payable without notice or demand.

10. **Customer Indemnity.** The Customer shall indemnify and hold the Bank harmless from and against any and all liabilities, losses, damages, costs, and expenses of any kind (including, without limitation, the reasonable fees and disbursements of counsel in connection with any investigative, administrative, or judicial proceeding, whether or not the Bank shall be designated a party thereto) which may be incurred by the Bank relating to or arising out of (i) any failure by Customer to observe and perform properly all of its obligations hereunder or any negligent or wrongful act of Customer, and (ii) the Bank processing the Transfer, including without limitation, any action taken or not taken by the Bank in reasonable reliance upon information provided to the Bank by Customer, provided however, that the Bank shall have no right to be indemnified hereunder for losses resulting from its own gross negligence, willful misconduct, or failure to act in accordance with the Customer's instructions as set out on the front of the

Form, in each case as determined by a court of competent jurisdiction. This indemnity shall survive the Execution date of the Transfer.

11. **Detection of Errors.** The Bank is not responsible for detecting any Customer error contained on the front of the Form.

12. **Transfer Unauthorized.** If the Transfer is not authorized by the Customer, the liability of the parties will be governed by Article 4A

13. **Damages.** The Bank will be liable only for the Customer's actual damage and only to the extent those damages are recoverable under Article 4A. The Bank shall not be liable under any circumstances for consequential or special damages, whether or not such damages relate to the Transfer, even if the Bank has been advised of the

possibility of such damages.

14. **Standard of Care.** With respect to services that are not covered by Article 4A, the parties will be governed by a standard of ordinary care. The Bank will be deemed to have exercised ordinary care if its action or failure to act was in conformity with the Bank's prescribed procedures and such procedures do not vary unreasonably from

general banking uses and practices not disapproved by any provision of the Uniform Commercial Code.

15. **Customer Required to give Notice of Unauthorized or Erroneous Transfer.** The Bank will not be liable for any interest on the amount of the Transfer,

even if it was not authorized or erroneously executed unless the Customer notifies the Bank in writing that the Transfer was not authorized or properly executed with 14 calendar days following Customer's receipt of notification either of the Acceptance of the Transfer or the debiting of the Account or other account in respect of the Transfer.

**16. Force Majeure.** Except as otherwise provided by Article 4A, the Bank will not be liable for its to perform its obligations under the Form or these Terms and Conditions to the extent that such non-performance is caused by an event beyond the Bank's control, including without limitation, fire, casualty, breakdown in equipment or failure of telecommunications or date processing services, lockout, strike, unavoidable accident, act of God, act of terrorism, riot, war, or the enactment, issuance or operation of any adverse governmental law, ruling, regulation, order or decree, or an emergence that prevents the Bank from operating normally.

**17. Consumer Transactions.** The Customer and the Bank agree that if the Transfer is a portion of a Funds Transfer in which other portions are subject to the Electronic Fund Transfer Act of 1978 (as in effect from time to time), all actions and disputes between the Customer and the Bank concerning the Transfer shall be determined pursuant to Article 4A, as varied by these Terms and Conditions and the Form.

**18. No Extension of Credit.** Nothing in these Terms and Conditions or the Form nor any course of dealing between the Customer and the Bank constitutes a commitment or obligation of the Bank to lend money to the Customer or obligates the Bank to extend any credit to the Customer, to make a loan to the Customer, or otherwise to advance funds to the Customer to pay for the Transfer contrary to the Bank's published funds availability schedule.

**19. Other Agreements.** These Terms and Conditions and the Form are in addition to, and do not modify or otherwise affect, the terms and conditions of any other agreement or arrangement between the parties.

**20. Governing Law.** To the extent not pre-empted by Federal laws, these Terms and Conditions shall be governed by the internal laws (excluding the law of conflicts) of the State of New York.

**21. Foreign Government Regulations.** The Transfer is subject to any and all applicable regulations and restrictions of foreign governments relating to foreign exchange transactions.

**22. Fees.** The basic wire transfer fees for US dollar denominated domestic and foreign funds transfers are as set out in the Bank's Fees and Features guide. Additional fees may apply if additional services are requested. Please refer to the Fees and Features guide for details. Third parties, such as intermediary banks, may also levy fees; such fees are beyond the control of the Bank.

**23. US Dollar Conversion.** Unless otherwise instructed, the beneficiary will receive funds in the currency of the country in which their account resides. The Bank will convert the US dollar amount of the transfer into the currency at a retail exchange rate which may be several percentage points lower than the then prevailing inter-bank spot rate. If a beneficiary holds a US dollar denominated account at their foreign bank, you can request US dollar transfers to that account. In all such cases, the Bank must be notified at the time of the transfer request and the Bank may require additional information in order to initiate the funds transfer.

**24. Misdescription of Beneficiary, Intermediary Bank(s) or Beneficiary's Bank.** If the name of the beneficiary and the beneficiary's bank account number set out above identify different persons, payment may be made solely on the basis of the number. If the name of the beneficiary's bank or any intermediary bank is identified by both name and number and the number identifies a different bank, any bank may rely solely on the identifying number. If the Customer designates one or more intermediary banks through which the funds transfer is to be routed, Customer assumes the risk of insolvency of such intermediary bank(s) and that such intermediary bank (s) may be prohibited by law from refunding payment to Customer.
This funds transfer request will be processed by the Bank on behalf of the Customer only upon the consent of the Customer to be bound by the terms and conditions provided with this Form. By signing below, the Customer (or its Authorized Representative) represents to the Bank that the Customer has read and understands all of the aforementioned terms and conditions and confirms Customer's acceptance of the same.