# EXHIBIT "I"

# PNC REAL ESTATE

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| Payment Number | Regular Payment | Desc |
|---|---|---|
| 10/09/2019 | Add'l Principal: | |
| Current Amounts Due | $11,609.41 | Add'l Escrow: |
| Past Due Payment | $0.00 | Late Charge: |
| Total Payment Due | $11,609.41 | TOTAL: |

Please Complete the Above Information

**RETURN SERVICE REQUESTED**

Mail To:

MBMK Property Holdings LLC
Attn: Matthew Breen
18 Campus Blvd., STE 100
Newtown Square, PA 19073

Midland Loan Services, a PNC Real Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA 19182-8626

000  00000000  030501664  8  000000000000000000000000000000000000000000000000

---

Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.
*Midland can only accept payments by check, money order or electronic fund transfer. Please do not send cash.*

# PNC REAL ESTATE

| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | PA |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT (800) 984-9643 - FROM 8 AM – 5 PM CST

## LOAN INFORMATION

| | |
|---|---|
| Current Principal Balance | $1,109,871.97 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $56,507.26 |
| Tax Escrow Balance | $5,395.16 |
| Taxes Disbursed YTD | $34,924.98 |
| Property Insurance Escrow Balance | $730.29 |
| Property Insurance Disbursed YTD | $8,311.07 |
| Reserve Escrow Balance | $2,319.69 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

## PAST DUE PAYMENT INFORMATION

| | |
|---|---|
| Past Due Principal | $0.00 |
| Past Due Interest | $0.00 |
| Past Due Escrow | $0.00 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $0.00 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $0.00 |

## CURRENT AMOUNTS DUE

| | |
|---|---|
| Current Principal Due | $1,110.91 |
| Current Interest Due | $6,159.79 |
| Current Tax Escrow Due | $3,101.55 |
| Current Insurance Escrow Due | $695.49 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $0.00 |
| Current Misc. Fee Due | $0.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $11,609.41 |

## LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 10/09/2019, the applicable grace period provided in your loan documents.

## SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**\*\*Beginning with the January 2017 statement, billing statements may be viewed or downloaded from the "Documents" menu in Borrower Insight.**

## TOTAL DUE

| | |
|---|---|
| TOTAL PAYMENT DUE | $11,609.41 |
| Date Payment Due | 10/09/2019 |

Information as of: 09/24/2019

Correspondence Address:
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

Overnight Address:
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK 74135

Wiring Information: PNC Bank, N.A.
Bank ID: 043000096
Acct#: 1006967647
Attn: Midland Loan Services, a PNC Real Estate Business
Loan #: 030501664



Frm1_V2.0_2012-02-06

**PNC REAL ESTATE**

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| | |
|---|---|
| Loan Number | 030501664 |
| Payment Due Date | 11/09/2019 |
| Current Amounts Due | $12,250.90 |
| Past Due Payment | $0.00 |
| Total Payment Due | $12,250.90 |

Regular Payment: _____
Add'l Principal: _____
Add'l Escrow: _____
Late Charge: _____
TOTAL: _____

**Please Complete the Above Information**

**RETURN SERVICE REQUESTED**

MBMK Property Holdings LLC
Attn: Matthew Breen
18 Campus Blvd., STE 100
Newtown Square, PA 19073

Mail To:

Midland Loan Services, a PNC Real Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA  19182-8626

```
000  00000000  030501664  8  00000000000000000000000000000000000000000000
```

*Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.*
*Midland can only accept payments by check, money order or electronic fund transfer.  Please do not send cash.*



| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | PA |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT  (800) 984-9643  - FROM 8 AM – 5 PM CST

### LOAN INFORMATION

| | |
|---|---|
| Current Principal Balance | $1,108,761.06 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $62,667.05 |
| Tax Escrow Balance | $8,496.71 |
| Taxes Disbursed YTD | $34,924.98 |
| Property Insurance Escrow Balance | $1,425.78 |
| Property Insurance Disbursed YTD | $8,311.07 |
| Reserve Escrow Balance | $2,861.36 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

### PAST DUE PAYMENT INFORMATION

| | |
|---|---|
| Past Due Principal | $0.00 |
| Past Due Interest | $0.00 |
| Past Due Escrow | $0.00 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $0.00 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $0.00 |

### CURRENT AMOUNTS DUE

| | |
|---|---|
| Current Principal Due | $911.96 |
| Current Interest Due | $6,358.74 |
| Current Tax Escrow Due | $3,221.43 |
| Current Insurance Escrow Due | $1,217.10 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $0.00 |
| Current Misc. Fee Due | $0.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $12,250.90 |

### LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 11/12/2019, the applicable grace period provided in your loan documents.

### TOTAL DUE

| | |
|---|---|
| TOTAL PAYMENT DUE | $12,250.90 |
| Date Payment Due | 11/09/2019 |

### SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**Beginning with the January 2017 statement, billing statements may be viewed or downloaded from the "Documents" menu in Borrower Insight.

*Information as of:*  *10/25/2019*

Correspondence Address:
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS  66225-5965

Overnight Address:
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK  74135

Wiring information: PNC Bank, N.A.
Bank ID: 043000096
Acct#:  1006967647
Attn:   Midland Loan Services, a PNC Real Estate Business
Loan #: 030501664

Frm1_V2.0_2012-02-06

**PNC REAL ESTATE**

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| | |
|---|---|
| Loan Number | 030501664 |
| Payment Due Date | 12/09/2019 |
| Current Amounts Due | $12,250.90 |
| Past Due Payment | $0.00 |
| Total Payment Due | $12,250.90 |

Regular Payment: _____
Add'l Principal: _____
Add'l Escrow: _____
Late Charge: _____
TOTAL: _____

*Please Complete the Above Information*

**RETURN SERVICE REQUESTED**

MBMK Property Holdings LLC
Attn: Matthew Breen
18 Campus Blvd., STE 100
Newtown Square, PA 19073

Mail To:

Midland Loan Services, a PNC Real Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA 19182-8626

000 00000000 030501664 8 00000000000000000000000000000000000000000000

*Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.*
*Midland can only accept payments by check, money order or electronic fund transfer. Please do not send cash.*



| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | PA |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT (800) 984-9643 - FROM 8 AM – 5 PM CST

### LOAN INFORMATION

| | |
|---|---|
| Current Principal Balance | $1,107,849.10 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $69,025.79 |
| Tax Escrow Balance | $11,718.14 |
| Taxes Disbursed YTD | $34,924.98 |
| Property Insurance Escrow Balance | $2,642.88 |
| Property Insurance Disbursed YTD | $8,311.07 |
| Reserve Escrow Balance | $3,403.03 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

### PAST DUE PAYMENT INFORMATION

| | |
|---|---|
| Past Due Principal | $0.00 |
| Past Due Interest | $0.00 |
| Past Due Escrow | $0.00 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $0.00 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $0.00 |

### CURRENT AMOUNTS DUE

| | |
|---|---|
| Current Principal Due | $1,122.14 |
| Current Interest Due | $6,148.56 |
| Current Tax Escrow Due | $3,221.43 |
| Current Insurance Escrow Due | $1,217.10 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $0.00 |
| Current Misc. Fee Due | $0.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $12,250.90 |

### LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 12/09/2019, the applicable grace period provided in your loan documents.

### SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**Please Note - the Annual Statement for calendar 2019 will be exclusively available on Borrower Insight®**

### TOTAL DUE

| | |
|---|---|
| TOTAL PAYMENT DUE | $12,250.90 |
| Date Payment Due | 12/09/2019 |

*Information as of:* 11/24/2019

Correspondence Address:
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

Overnight Address:
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK 74135

Wiring information: PNC Bank, N.A.
Bank ID: 043000096
Acct#: 1006967647
Attn: Midland Loan Services, a PNC Real Estate Business
Loan #: 030501664



Frm1_V2.0_2012-02-06

**PNC REAL ESTATE**

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| Loan Number | 030501664 |
|---|---|
| Payment Due Date | 01/09/2020 |
| Current Amounts Due | $12,250.90 |
| Past Due Payment | $0.00 |
| Total Payment Due | $12,250.90 |

Regular Payment: _____
Add'l Principal: _____
Add'l Escrow: _____
Late Charge: _____
TOTAL: _____

**Please Complete the Above Information**

**RETURN SERVICE REQUESTED**

Mail To:

MBMK Property Holdings LLC
c/o Midland Loan Services
Attn: Matthew Merritt
PO Box 25970
Shawnee Mission, KS 66225-5970

Midland Loan Services, a PNC Real Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA  19182-8626

```
000  00000000  030501664  8  000000000000000000000000000000000000000000
```

*Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.*
*Midland can only accept payments by check, money order or electronic fund transfer.  Please do not send cash.*



| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | PA |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT  (800) 984-9643  - FROM 8 AM – 5 PM CST

### LOAN INFORMATION

| | |
|---|---|
| Current Principal Balance | $1,106,726.96 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $75,174.35 |
| Tax Escrow Balance | $14,939.57 |
| Taxes Disbursed YTD | $34,924.98 |
| Property Insurance Escrow Balance | $3,859.98 |
| Property Insurance Disbursed YTD | $8,311.07 |
| Reserve Escrow Balance | $3,944.70 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

### PAST DUE PAYMENT INFORMATION

| | |
|---|---|
| Past Due Principal | $0.00 |
| Past Due Interest | $0.00 |
| Past Due Escrow | $0.00 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $0.00 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $0.00 |

### CURRENT AMOUNTS DUE

| | |
|---|---|
| Current Principal Due | $923.62 |
| Current Interest Due | $6,347.08 |
| Current Tax Escrow Due | $3,221.43 |
| Current Insurance Escrow Due | $1,217.10 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $0.00 |
| Current Misc. Fee Due | $0.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $12,250.90 |

### LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 01/09/2020, the applicable grace period provided in your loan documents.

### SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**Please Note - the Annual Statement for calendar 2019 will be exclusively available on Borrower Insight®**

### TOTAL DUE

| | |
|---|---|
| TOTAL PAYMENT DUE | $12,250.90 |
| Date Payment Due | 01/09/2020 |

*Information as of:*    12/25/2019

Correspondence Address:
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS  66225-5965

Overnight Address:
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK  74135

Wiring information: PNC Bank, N.A.
Bank ID: 043000096
Acct#:  1006967647
Attn:    Midland Loan Services, a PNC Real Estate Business
Loan #: 030501664

Frm1_V2.0_2012-02-06



# PNC REAL ESTATE

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| Loan Number | 030501664 |
|---|---|
| Payment Due Date | 02/09/2020 |
| Current Amounts Due | $11,680.74 |
| Past Due Payment | $0.00 |
| Total Payment Due | $11,680.74 |

Regular Payment: _____
Add'l Principal: _____
Add'l Escrow: _____
Late Charge: _____
TOTAL: _____

**Please Complete the Above Information**

**RETURN SERVICE REQUESTED**

MBMK Property Holdings LLC
c/o Midland Loan Services
Attn: Matthew Merritt
PO Box 25970
Shawnee Mission, KS 66225-5970

Mail To:

Midland Loan Services, a PNC Real
Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA  19182-8626

```
000  00000000  030501664  8  00000000000000000000000000000000000000000
```

*Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.*
*Midland can only accept payments by check, money order or electronic fund transfer.  Please do not send cash.*



| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | PA |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT  (800) 984-9643  - FROM 8 AM – 5 PM CST

### LOAN INFORMATION

| | |
|---|---:|
| Current Principal Balance | $1,105,803.34 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $6,347.08 |
| Tax Escrow Balance | $18,161.00 |
| Taxes Disbursed YTD | $0.00 |
| Property Insurance Escrow Balance | $5,077.08 |
| Property Insurance Disbursed YTD | $0.00 |
| Reserve Escrow Balance | $4,486.37 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

### PAST DUE PAYMENT INFORMATION

| | |
|---|---:|
| Past Due Principal | $0.00 |
| Past Due Interest | $0.00 |
| Past Due Escrow | $0.00 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $0.00 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $0.00 |

### CURRENT AMOUNTS DUE

| | |
|---|---:|
| Current Principal Due | $928.92 |
| Current Interest Due | $6,341.78 |
| Current Tax Escrow Due | $3,026.83 |
| Current Insurance Escrow Due | $841.54 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $0.00 |
| Current Misc. Fee Due | $0.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $11,680.74 |

### LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 02/10/2020, the applicable grace period provided in your loan documents.

### SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**Please Note - the Annual Statement for calendar 2019 will be exclusively available on Borrower Insight®**

### TOTAL DUE

| | |
|---|---:|
| TOTAL PAYMENT DUE | $11,680.74 |
| Date Payment Due | 02/09/2020 |

*Information as of:*  01/26/2020

**Correspondence Address:**
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS  66225-5965

**Overnight Address:**
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK  74135

**Wiring information:** PNC Bank, N.A.
Bank ID: 043000096
Acct#:  1006967647
Attn:  Midland Loan Services, a PNC Real Estate Business
Loan #: 030501664

Frm1_V2.0_2012-02-06



**PNC REAL ESTATE**

Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS 66225-5965

For address changes, please contact our Customer Service Representatives at (800) 984-9643.

| Loan Number | 030501664 |
| Payment Due Date | 03/09/2020 |
| Current Amounts Due | $12,324.78 |
| Past Due Payment | $35,986.48 |
| Total Payment Due | $48,311.26 |

Regular Payment: _____
Add'l Principal: _____
Add'l Escrow: _____
Late Charge: _____
TOTAL: _____

**Please Complete the Above Information**

**RETURN SERVICE REQUESTED**

Mail To:

MBMK Property Holdings LLC
c/o Midland Loan Services
Attn: Matthew Merritt
PO Box 25970
Shawnee Mission, KS 66225-5970

Midland Loan Services, a PNC Real Estate Business
Lockbox Number 828626
P.O. Box 828626
Philadelphia, PA   19182-8626

000  00000000  030501664  8  0000000000000000000000000000000000000000000

*Please detach at perforation and return with payment in the enclosed envelope to ensure proper credit.
Midland can only accept payments by check, money order or electronic fund transfer.  Please do not send cash.*



| LOAN NUMBER | INVESTOR LOAN # | PROPERTY ADDRESS |
|---|---|---|
| 030501664 | 25204 | PA |

FOR INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE REPRESENTATIVES AT   (800) 984-9643   - FROM 8 AM – 5 PM CST

### LOAN INFORMATION

| | |
|---|---:|
| Current Principal Balance | $1,105,803.34 |
| Current Interest Rate | 6.66% |
| Interest Paid YTD | $6,347.08 |
| Tax Escrow Balance | $14,451.22 |
| Taxes Disbursed YTD | $3,709.78 |
| Property Insurance Escrow Balance | $5,077.08 |
| Property Insurance Disbursed YTD | $0.00 |
| Reserve Escrow Balance | $4,486.37 |
| FHA/MIP Balance | $0.00 |
| Misc. Escrow Balance | $0.00 |
| Deferred Interest Balance | $0.00 |

### PAST DUE PAYMENT INFORMATION

| | |
|---|---:|
| Past Due Principal | $928.92 |
| Past Due Interest | $6,341.78 |
| Past Due Escrow | $4,410.04 |
| Past Due Late Charges | $0.00 |
| Past Due Other | $0.00 |
| Past Due Default Interest | $24,305.74 |
| Less Partial Payment Received | $0.00 |
| TOTAL | $35,986.48 |

### CURRENT AMOUNTS DUE

| | |
|---|---:|
| Current Principal Due | $1,343.05 |
| Current Interest Due | $5,927.65 |
| Current Tax Escrow Due | $3,026.83 |
| Current Insurance Escrow Due | $841.54 |
| Current Reserve Due | $541.67 |
| Current FHA/MIP Escrow Due | $0.00 |
| Current Misc. Escrow Due | $0.00 |
| Accrued Late Charges Due | $584.04 |
| Current Misc. Fee Due | $60.00 |
| Protective Advance Balance Due | $0.00 |
| TOTAL | $12,324.78 |

### LATE CHARGE FEE

A LATE CHARGE FEE will be charged to this account if payment is not received by 03/09/2020, the applicable grace period provided in your loan documents.

### TOTAL DUE

| | |
|---|---:|
| TOTAL PAYMENT DUE | $48,311.26 |
| Date Payment Due | 03/09/2020 |

### SPECIAL MESSAGES

Visit Midland's website at www.pnc.com/midland for updated loan information available 24 hours every day, including recent transactions. To gain access, log onto Borrower Insight at www.pnc.com/midland and follow the instructions to establish secure access to your loan information.

**Please Note - the Annual Statement for calendar 2019 will be exclusively available on Borrower Insight®**

Information as of:   02/23/2020

Correspondence Address:
Midland Loan Services, a PNC Real Estate Business
PO Box 25965
Shawnee Mission, KS  66225-5965

Overnight Address:
Midland Loan Services, a PNC Real Estate Business
c/o Bank of Oklahoma, Lockbox 2585
6242 East 41st Street
Tulsa, OK  74135

Wiring information: PNC Bank, N.A.
Bank ID: 043000096
Acct#:  1006967647
Attn:   Midland Loan Services, a PNC Real Estate Business
Loan #: 030501664

Frm1_V2.0_2012-02-06

