# EXHIBIT "O"



| Issue Date: | 08/19/2022 | **Expiration Date:** | 08/17/2022 |
|---|---|---|---|
| | | Loan #: | 030501664 |

| Borrower's Name: | MBMK Property Holdings LLC |
|---|---|

| Property Address: | Multiple Properties |
|---|---|

| Requested by: | Thomas Welek |
|---|---|
| Phone/Email: | *** / *** |

The loan payoff is as follows:

This quote is based on interest paid to 01/01/2020, and includes interest through 08/31/2022.

**Please see quote attachment for additional information.**

| | |
|---|---:|
| Principal | $1,105,803.34 |
| Interest | $196,157.48 |
| Default Interest | $236,863.05 |
| Late Charge Receivable | $27,217.62 |
| Prepayment Premium | $216,101.59 |
| Reconveyance/Payoff Fee | $1,750.00 |
| Interest on Advances | $16,507.78 |
| Special Servicing Fees | $24,000.00 |
| Protective Advance-Tax | $74,728.05 |
| Protective Advance-Legal | $149,312.48 |
| Protective Advance-Insurance | $3,436.90 |
| Protective Advance - Force Placed Ins | $6,026.60 |
| Protective Adv - Third Party Expenses | $3,492.00 |
| Non Sufficient Funds Fee | $60.00 |
| Reserves - Replacement | ($4,486.37) |
| Total Amount Due | $2,056,970.52 |

**This payoff quote does not include legal fees and other 3rd-party fees that have been incurred but not invoiced or paid by Lender, which remain due and owing.**

**The total amount due is only valid for 08/17/2022.**

All funds must be received by 2:00 PM CT to receive same day credit.

You are still responsible for keeping your account current during the payoff quotes process.

If applicable, escrow will be refunded under a separate cover.

Satisfactions and Note will be returned in the ordinary course of business.

Every effort has been made to ensure the informational accuracy of this Payoff Quote and, if applicable, all accompanying attachment(s). Please review the loan number, name of mortgagor, property address, principal balance and confirm this information agrees with your record of the loan.  Notification is hereby given that, in the event of error or omission, the lender does not, in any way, prejudice its right and entitlement to all monies lawfully due it under the terms of the Mortgage, Note or related documents including any prepayment premiums or related charges or costs thereunder.  Mortgagor will have to review the loan documents to determine the existence of such provisions including, but not limited to prohibitions on prepayments.  Accordingly, this quote does not alter or amend in any way such provisions or prohibitions in the loan documents.

Remittance Instructions

| **Payment Mailing Address** | **Payment Overnight Address** | **Payment Wiring Instructions** |
|---|---|---|
| Midland Loan Services, a PNC Real Estate Business | Midland Loan Services, a PNC Real Estate Business | PNC Bank NA |
| PNC Bank Lockbox | PNC Bank Lockbox | ABA#: 043000096 |
| Lockbox Number 828626 | Attn:  LBX 771223 | Midland Loan Services |
| P.O. Box 828626 | 350 East Devon Avenue | Credit #: 1006967647 |
| Philadelphia, PA  19182-8626 | Itasca, IL  60143 | Ref Loan#:           030501664 |

This payoff quote is intended for the use solely by the party to whom it is addressed.  All figures are subject to change based on further verification and confirmation by MIDLAND LOAN SERVICES.

**A division of PNC Bank, NA**

10851 Mastin Boulevard   Overland Park Kansas  66210
www.pnc.com/midland    1 800 327 8083   T    1 888 706 3565   F