# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of Court on November 13, 2023, using CM/ECF. I further certify that a true and correct copy of the foregoing Motion was served on the following counsel via electronic submission:

| | |
|---|---|
| Robert B. Eyre, Esq.<br>Law Offices of Foehl & Eyre<br>rob@foehllaw.com<br>Attorneys for<br>MBMK Property Holdings, LLC | Daniel W. Meehan, Esq.<br>Gordon & Rees<br>wmeehan@grsm.com<br>Attorneys for<br>Wilmington Trust, National Association, as trustee for the benefit of the Holders of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates |
| Alan Ehrenbert, Esq.<br>Alan L. Ehrenberg, LLC<br>1902 Northbrook, IL 60062<br>aehrenberg@aielegal.com<br>Attorneys for<br>ALPS Group, LLC | |

                                                Respectfully,

                                                /s/ *Michael Vagnoni*
                                                Matthew A. Green (I.D. No. 91592)
                                                Michael Vagnoni (I.D. No. 78374)
                                                Lars J. Lederer (I.D. No. 89719)
                                                OBERMAYER REBMANN
                                                MAXWELL & HIPPEL LLP
                                                Centre Square West, 34th Floor
                                                1500 Market Street
                                                Philadelphia, Pennsylvania 19102
                                                (Phone) 215-665-3000
                                                Attorneys for Defendant,
                                                James Paul

Dated: November 13, 2023

4871-0224-2699