# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:       .      : | CHAPTER 11 |
| MBMK PROPERTY HOLDINGS, LLC,  : | Bankruptcy No. 2:22-bk-13121 (MDC) |
| Debtor        : | |

IN RE:           .         :         CHAPTER 11

MBMK PROPERTY HOLDINGS, LLC,    :

             Debtor      :    Bankruptcy No. 2:22-bk-13121 (MDC)

                      :

MBMK PROPERTY HOLDINGS, LLC,    :    Adversary Proceeding No. 23-00062 (MDC)
        Plaintiff,     :

                     :

        v.          :

                     :

WILMINGTON TRUST, NATIONAL    :
ASSOCIATION, As Trustee, For     :
The Benefit of The Holders Of     :
Corevest American Finance      :
2018-2 Trust Mortgage       :
Pass-Through Certificates;      :

                     :

BAY MANAGEMENT GROUP OF    :
PHILADELPHIA, LLC;       :

                     :

JAMES PAUL, d/b/a James Paul    :
the ALPS Group;        :

                     :

       and        :

                     :

ALPS GROUP, INC. d/b/a James Paul  :
the ALPS Group,        :

                     :

        Defendants.    :

                     :

## <u>ORDER</u>

**THIS COURT** having considered Defendant, James Paul's, Motion to Dismiss

Plaintiff's / Debtor's MBMK Property Holdings, LLC Adversary Complaint for Lack of Subject

Matter Jurisdiction and Failure to State a Claim Pursuant to Fed R. Civ. P. 12(b) and 28 U.S.C. §

1332, any opposition and argument related thereto, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED** for lack of subject matter jurisdiction, and all claims

in the Complaint against Defendant, James Paul, are hereby dismissed.


_____
**COLEMAN, J.**

DATED: _____