# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Reply was electronically filed with the Clerk of Court on December 19, 2023, using CM/ECF. I further certify that a true and correct copy of the foregoing Motion was served on the following counsel via electronic submission:

| | |
|---|---|
| Robert B. Eyre, Esq.<br>Law Offices of Foehl & Eyre<br>rob@foehllaw.com<br>Attorneys for<br>MBMK Property Holdings, LLC | Daniel W. Meehan, Esq.<br>Gordon & Rees<br>wmeehan@grsm.com<br>Attorneys for<br>Wilmington Trust, National Association, as trustee for the benefit of the Holders of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates |

Alan Ehrenbert, Esq.
Alan L. Ehrenberg, LLC
1902 Northbrook, IL 60062
aehrenberg@aielegal.com
Attorneys for
ALPS Group, LLC

 

                                            Respectfully,

                                            /s/ *Michael Vagnoni*_____
                                            Matthew A. Green (I.D. No. 91592)
                                            Michael Vagnoni (I.D. No. 78374)
                                            Lars J. Lederer (I.D. No. 89719)
                                            OBERMAYER REBMANN
                                            MAXWELL & HIPPEL LLP
                                            Centre Square West, 34th Floor
                                            1500 Market Street
                                            Philadelphia, Pennsylvania 19102
                                            (Phone) 215-665-3000
                                            Attorneys for Defendant,
                                            James Paul

Dated: December 19, 2023

4880-6546-8823