IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INRE:<br><br>MBMK PROPERTY HOLDINGS, LLC,<br><br>　　　　　　Debtor | CHAPTER 11<br><br>Bankruptcy No. 2:22-bk-13121 (MDC) |
| MBMK PROPERTY HOLDINGS, LLC,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates;<br><br>BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC;<br><br>JAMES PAUL, d/b/a James Paul the ALPS Group;<br><br>　　　　and<br><br>ALPS GROUP, INC. d/b/a James Paul the ALPS Group,<br><br>　　　　　　Defendants. | Adversary Proceeding No. 23-00062 (MDC) |

## ORDER

**THIS COURT** having considered Defendant, ALPS Group, Inc. d/b/a James Paul the ALPS Group, Motion to Adopt James Paul's Motion to Dismiss Plaintiffs/ Debtor's MBMK Property Holdings, LLC Adversary Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Pursuant to Fed R. Civ. P. 12(b) and 28 U.S.C. §

1332, any opposition and argument related thereto, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED.**

_____
**COLEMAN, J.**

DATED: January 19, 2024