## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : |  |
|  | : | CHAPTER 11 |
| MBMK PROPERTY HOLDINGS, LLC, | : |  |
|  | : | Bankruptcy No. 2:22-bk-13121 (MDC) |
| Debtor | : |  |
|  | : |  |
|  | : |  |
| MBMK PROPERTY HOLDINGS, LLC, | : | Adversary Proceeding No. 23-00062 (MDC) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| WILMINGTON TRUST, NATIONAL | : |  |
| ASSOCIATION, As Trustee, For | : |  |
| The Benefit of The Holders Of | : |  |
| Corevest American Finance | : |  |
| 2018-2 Trust Mortgage | : |  |
| Pass-Through Certificates; | : |  |
|  | : |  |
| BAY MANAGEMENT GROUP OF | : |  |
| PHILADELPHIA, LLC; | : |  |
|  | : |  |
| JAMES PAUL, d/b/a James Paul | : |  |
| the ALPS Group; | : |  |
|  | : |  |
| and | : |  |
|  | : |  |
| ALPS GROUP, INC. d/b/a James Paul | : |  |
| the ALPS Group, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

### ANSWER OF DEFENDANT ALPS GROUP, INC.,  TO COUNTS I AND IV OF PLAINTIFFS ADVESARY COMPLAINT.

Now  comes the Defendant  ALPS Group, Inc., wrongfully sued as ALPS Group, Inc., d/b/a

James Paul the ALPS Group, ("ALPS"), by its Attorney Alan I. Ehrenberg, of the Law firm of

Alan I. Ehrenberg, LLC, appearing *pro hac vice* in this matter, and  in answer to Counts I and IV of the Plaintiff's  adversary complaint states as follows:

ALPS hereby adopts by referenced each and every response and defense included in James Paul answer filed herein to the allegations pled by the Plaintiff in the above captioned Adversary Complaint.

**WHEFORE,** ALPS respectfully requests that Counts I and IV of Plaintiff's Adversary Complaint be dismissed with prejudice with cost and attorney fees be assessed against the Plaintiff MBMK.

Respectively Submitted,

ALPS Group, Inc., d/b/a James

By:  */s/Alan I. Ehrenberg*

Appearing *pro hac vice*

Alan I. Ehrenberg, LLC

1902 Deercrest Lane

Northbrook IL 60062

Tel: 312 -320 -5274

Bar no.0720917

Email: aehrenberg@aielegal.com

## **CERTIFICATE OF SERVICE**

   I, Alan I. Ehrenberg, Esquire, hereby certify that a true and correct copy of the
Defendant ALPS Group, Inc's Answer to Plaintiff's Adversary Complaint, was sent to all
parties, via e-filing, on July 30, 2024.


                              ALAN I. EHRENBERG, LLC

                              BY: /s/ Alan I. Ehrenberg
                                Attorney I.D. #0720917
                                1902 Deercrest Lane
                                Northbrook, IL 60062
                                Phone: 312-320-5274
                                Email: aehrenberg@aielegal.com
                                Attorney for ALPS Group, INC.,