UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**MBMK PROPERTY HOLDINGS, LLC**<br><br>Debtor | **Chapter 11**<br><br>**Bankruptcy No.: 22-13121-amc** |
| **MBMK Property Holdings, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Wilmington Trust, National Association, As Trustee for the Benefit of the Holders of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; Bay Management Group of Philadelphia, LLC; James Paul, d/b/a James Paul of the ALPS Group; and, ALPS Group, Inc. d/b/a James Paul the ALPS Group,**<br><br>**Defendants** | **Adv. Pro. No.: 23-00062-amc** |

## CERTIFICATE OF SERVICE

I, Robert B. Eyre, Esquire, hereby certify that I served or caused to be served a true and correct copy of Motion of Plaintiff for Preliminary Injunction Compelling Equitable Accounting from All Defendants and Hearing by electronic mail upon the following persons listed below:

Luke D. Wolf, Esquire
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19103
lwolf@grsm.com

Leona Mogavero, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
2005 Market Street
Ste 16th Floor
Philadelphia, PA 19103
lmogavero@zarwin.com

1

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Room 320
Philadelphia, Pennsylvania 19107
Kevin.p.callahan@usdoj.gov

Alan I. Ehrenberg, Esquire
1902 Deercrest Lane
Northbrook, IL 60062
aehrenberg@aielegal.com

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102
Michael.vagnoni@obermayer.com

William D. Longo, Esquire
Margolis Edelstein
170 S. Independence Mall West
Suite 400e
Philadelphia, PA 19106
wlongo@margolisedelstein.com

Date: October 22, 2024

By: _____
Robert B. Eyre, Esquire
*Attorney for Debtor*
*MBMK Property Holdings, LLC*