**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| MBMK PROPERTY HOLDINGS, LLC, : | |
| : | Bankruptcy No. 2:22-bk-13121 (MDC) |
| Debtor : | |
| : | |
| : | |
| MBMK PROPERTY HOLDINGS, LLC, : | Adversary Proceeding No. 23-00062 (MDC) |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| WILMINGTON TRUST, NATIONAL : | |
| ASSOCIATION, As Trustee, For : | |
| The Benefit of The Holders Of : | |
| Corevest American Finance : | |
| 2018-2 Trust Mortgage : | |
| Pass-Through Certificates; : | |
| : | |
| BAY MANAGEMENT GROUP OF : | |
| PHILADELPHIA, LLC; : | |
| : | |
| JAMES PAUL, d/b/a James Paul : | |
| the ALPS Group; : | |
| : | |
| and : | |
| : | |
| ALPS GROUP, INC. d/b/a James Paul : | |
| the ALPS Group, : | |
| : | |
| Defendants. : | |
| : | |
| : | |

**<u>CERTIFICATE OF SERVICE</u>**

I Alan I. Ehrenberg, Esquire, hereby certify that a true and correct copy of Defendant ALPS Group, Inc's Response in Opposition to Plaintiff's Motion for Reconsideration and Relief from Order Denying Preliminary Injunction and Equitable Accounting.

was sent to all parties. Via ECF e-filing on February 10, 2025

                                      ALAN I. EHRENBERG, LLC

                                      BY: /s/ Alan I. Ehrenberg

Alan I. Ehrenberg, LLC

1902 Deercrest Lane

Northbrook IL 60062

Tel: 312 -320 -5274

Bar no.0720917

Email: aehrenberg@aielegal.com