**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INRE: | CHAPTER **11** |
| MBMK PROPERTY HOLDINGS, LLC, | Bankruptcy No. 2:22-bk-13121 (MDC) |
| Debtor | |
| MBMK PROPERTY HOLDINGS, LLC, Plaintiff, | Adversary Proceeding No. 23-00062 (MDC) |
| V. | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; | |
| BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC; | |
| JAMES PAUL, d/b/a James Paul the ALPS Group; | |
| and | |
| ALPS GROUP, INC. d/b/a James Paul the ALPS Group, | |
| Defendants. | |

## **ORDER**

**THIS COURT** having considered Plaintiff MBMK's, Motion for Reconsideration and Relief from Order Denying Preliminary Injunction Compelling Equitable Accounting, any opposition arguments related thereto, and for good cause shown, it is hereby **ORDERED** that the motion is **DENIED** as to ALPS Group, Inc., wrongfully sued as ALPS Group, Inc., d/b/a James Paul the ALPS Group.

DATED: _____                                        _____
                                                                                              CHAN, J.