**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**MBMK PROPERTY HOLDINGS, LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 22-13121 (MDC)** |
| **MBMK PROPERTY HOLDINGS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**WILMINGTON TRUST, NATIONAL ASSOCIATION, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC; JAMES PAUL, d/b/a James Paul the ALPS Group; ALPS GROUP, INC. d/b/a James Paul the ALPS Group,**<br><br>Defendants. | **Adversary No. 23-00062 (DJB)** |

**STIPULATION AND CONSENT ORDER TO**
**FURTHER EXTEND CASE MANAGEMENT DEADLINES**

The parties hereby stipulate to extend certain case management deadlines scheduled in the Revised Case Management Order entered in the above-captioned adversary matter on July 7, 2025 [Doc. 122] (attached hereto as Exhibit "A"), and further modified in the Consent Order entered on September 10, 2025 [Doc. 130] (attached hereto as Exhibit "B") as set forth in the Consent Order attached hereto.

[SIGNATURES CONTAINED ON FOLLOWING PAGE]

By: */s/ Michael Vagnoni*
Matthew A. Green (I.D. No. 91592)
Michael Vagnoni (I.D. No. 78374)
Lars J. Lederer (I.D. No. 89719)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Telephone: (215) 665-3000
Facsimile: (215) 665-3165
*Attorneys for Defendant,*
*James Paul*

Dated: October 16, 2025

By: */s/ Robert B Eyre*
Robert B. Eyre (I.D. No. 41990)
THE LAW OFFICES OF
FOEHL & EYRE, P.C.
432 North Easton Road
Glenside, PA 19038
Telephone: (610) 566-5926 x115
Facsimile: (610) 552-7241
*Attorneys for Plaintiff*

Dated: October 16, 2025

By:     */s/ Alan I. Ehrenberg*
Alan Ian Ehrenberg  (I.D. No. 0720917)
Alan I. Ehrenberg, LLC
1902 Deercrest Lane
Northbrook, IL 60062
Telephone: (312) 320-5274
Facsimile: (815) 572-5803
*Attorneys for Defendant,*
*ALPS Group, Inc.*

Dated: October 16, 2025

By:     */s/ Luke D. Wolf*
Ari M. Charlip (MI P57285), pro hac vice
Luke D. Wolf (MI P81932), pro hac vice
37000 Woodward Avenue, Suite 225
Bloomfield Hills, MI 48304
(313) 756-6404 | (313) 406-7373 (fax)
acharlip@grsm.com
lwolf@grsm.com
*Attorneys for*
*Wilmington Trust, National Association, as*
*trustee for the benefit of the Holders of*
*Corevest American Finance 2018-2 Trust*
*Mortgage Pass-Through Certificates*
    -   And   -

John MacGowan (PA #332910)
Three Logan Square
1717 Arch Street, Suite 1610
Philadelphia, PA 19103
Phone: (215) 965-2240
jmacgowan@grsm.com

Dated: October 16, 2025

By:     */s/ Jennifer S. Coatsworth*
Jennifer S. Coatsworth, Esq. (PA #91107)
William D. Longo, Esq. (PA #59826)
Margolis Edelstein
170 S. Independence Sq. W.,
The Curtis Center, Suite 400E
Philadelphia, PA 19106
jcoatsworth@margolisedelstein.com
wlongo@margolisedelstein.com
Counsel for Bay Management Group of
Philadelphia, LLC

Dated: October 16, 2025

2

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **MBMK PROPERTY HOLDINGS, LLC,** | Case No. 22-13121 (MDC) |
| Debtor. | |
| **MBMK PROPERTY HOLDINGS, LLC,** | |
| Plaintiff, | |
| v. | Adversary No. 23-00062 (DJB) |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC; JAMES PAUL, d/b/a James Paul the ALPS Group; ALPS GROUP, INC. d/b/a James Paul the ALPS Group,** | |
| Defendants. | |

## **CONSENT ORDER**

**AND NOW**, this _____ day of _____, 2025, upon consideration of the stipulation of the parties through counsel, the times set forth in the Consent Order Extending the Revised Pretrial Order Deadlines by Sixty (60) Days, entered July 7, 2025 [Doc. 122], and extended in the Consent Order, entered September 10, 2025 [Doc. 130], are hereby further extended as follows:

1. All fact discovery shall be completed on or before **November 12, 2025**.

2. All Plaintiff's expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **November 19, 2025**.

3. All Defendants' expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before **December 5, 2025**.

4. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **November 17, 2025**.

5. All motions to amend the pleadings, or for summary judgment, shall be filed on or before **December 19, 2025**. All replies shall be served on opposing parties and filed with the bankruptcy court on or before **January 20, 2026**. If such a motion or motions is/are filed, the parties are not relieved of their obligation to comply with the terms of the balance of this Pretrial Order.

6. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before **December 5, 2025**.

7. On or before **February 13, 2026**, the parties shall file a joint pretrial statement consistent with the form set forth in paragraph 7 of the Initial Pretrial Order. The joint pretrial order shall be signed by all parties. It is the obligation of Plaintiff's counsel to initiate, assemble and submit the proposed pretrial statement. Plaintiff's counsel shall submit a proposed joint pretrial statement to Defendants' counsel not less than seven (7) days prior to the deadline for its submission.

8. All motions in limine shall be filed on or **February 13, 2026**.

9. A mandatory final pretrial/settlement conference shall be held on **March 3, 2026** at **1:00 P.M.** in **Courtroom No. 2**, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

10. All other terms listed in the Initial Pretrial Order (Docket No. 57) shall remain in full effect, unless otherwise directed by this Court.

BY THE COURT:

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

# EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Chapter 11 |
| **MBMK PROPERTY HOLDINGS, LLC,** | : |
| | : Case No. 22-13121 (MDC) |
| Debtor. | : |
| | : |
| **MBMK PROPERTY HOLDINGS, LLC,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adversary No. 23-00062 (DJB) |
| | : |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION**, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; **BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC; JAMES PAUL,** d/b/a James Paul the ALPS Group; **ALPS GROUP, INC.** d/b/a James Paul the ALPS Group, | : |
| | : |
| Defendants. | : |

### CONSENT ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the stipulation of the parties through counsel, the times set forth in the Consent Order Extending the Revised Pretrial Order Deadlines by Ninety (90) Days, entered March 28, 2025 [Doc. 111] are hereby extended by sixty (60) days as follows:

1. All fact discovery shall be completed on or before September 27, 2025.

2. All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before August 29, 2025.

3. All motions to amend the pleadings, or for summary judgment, shall be filed on or before October 27, 2025. If such a motion or motions is/are filed, the parties are not relieved of their obligation to comply with the terms of the balance of this Pretrial Order.

4. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before November 17, 2025.

5. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before December 5, 2025.

6. On or before February 1, 2026, the parties shall file a joint pretrial statement consistent with the form set forth in paragraph 7 of the Initial Pretrial Order. The joint pretrial order shall be signed by all parties. It is the obligation of Plaintiff's counsel to initiate, assemble and submit the proposed pretrial statement. Plaintiff's counsel shall submit a proposed joint pretrial statement to Defendants' counsel not less than seven (7) days prior to the deadline for its submission.

7. All motions in limine shall be filed on or February 1, 2026.

8. A mandatory final pretrial/settlement conference shall be held on __March 3, 2026__ at __1:00 p.m.__ in Courtroom No. __2__, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

2

9. All other terms listed in the Initial Pretrial Order (Docket No. 57) shall remain in full effect, unless otherwise directed by this Court.

BY THE COURT:

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

**Date: July 7, 2025**

3

# EXHIBIT "B"

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **MBMK PROPERTY HOLDINGS, LLC,** | : | |
| | : | **Case No. 22-13121 (MDC)** |
| Debtor. | : | |
| | : | |
| | : | |
| **MBMK PROPERTY HOLDINGS, LLC,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Adversary No. 23-00062 (DJB)** |
| | : | |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC; JAMES PAUL, d/b/a James Paul the ALPS Group; ALPS GROUP, INC. d/b/a James Paul the ALPS Group,** | : | |
| | : | |
| Defendants. | : | |

### STIPULATION AND CONSENT ORDER TO
### EXTEND CASE MANAGEMENT DEADLINES

The parties hereby stipulate to entry of a Consent Order in the form of Exhibit "A" attached hereto, revising certain case management deadlines under the Revised Case Management Order entered in the above-captioned adversary matter on July 7, 2025 [Doc. 122].

[SIGNATURES CONTAINED ON FOLLOWING PAGE]

By: /s/ Michael Vagnoni
Matthew A. Green (I.D. No. 91592)
Michael Vagnoni (I.D. No. 78374)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
Telephone: (215) 665-3000
Facsimile: (215) 665-3165
*Attorneys for Defendant,*
*James Paul*

Dated: September 10, 2025

By: /s/ Robert B Eyre
Robert B. Eyre (I.D. No. 41990)
Stacey Main (I.D. No. 312315)
THE LAW OFFICES OF
FOEHL & EYRE, P.C.
432 North Easton Road
Glenside, PA 19038
Telephone: (610) 566-5926 x115
Facsimile: (610) 552-7241
*Attorneys for Plaintiff*

Dated: September 10, 2025

By: /s/ Alan I. Ehrenberg
Alan Ian Ehrenberg (I.D. No. 0720917)
Alan I. Ehrenberg, LLC
1902 Deercrest Lane
Northbrook, IL 60062
Telephone: (312) 320-5274
Facsimile: (815) 572-5803
*Attorneys for Defendant,*
*ALPS Group, Inc.*

Dated: September 10, 2025

By: /s/ Luke D. Wolf
Ari M. Charlip (MI P57285), pro hac vice
Luke D. Wolf (MI P81932), pro hac vice
37000 Woodward Avenue, Suite 225
Bloomfield Hills, MI 48304
(313) 756-6404 | (313) 406-7373 (fax)
acharlip@grsm.com
lwolf@grsm.com
*Attorneys for*
*Wilmington Trust, National Association, as trustee for the benefit of the Holders of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates*
- And -

By: /s/ Jennifer S. Coatsworth
Jennifer S. Coatsworth, Esq. (PA #91107)
William D. Longo, Esq. (PA #59826)
Margolis Edelstein
170 S. Independence Sq. W.,
The Curtis Center, Suite 400E
Philadelphia, PA 19106
jcoatsworth@margolisedelstein.com
wlongo@margolisedelstein.com
Counsel for Bay Management Group of
Philadelphia, LLC

Dated: September 10, 2025

John MacGowan (PA #332910)
Three Logan Square
1717 Arch Street, Suite 1610
Philadelphia, PA 19103
Phone: (215) 965-2240
jmacgowan@grsm.com

Dated: September 10, 2025

2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **MBMK PROPERTY HOLDINGS, LLC,** | : | |
| | : | **Case No. 22-13121 (MDC)** |
| Debtor. | : | |
| | : | |
| **MBMK PROPERTY HOLDINGS, LLC,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Adversary No. 23-00062 (DJB)** |
| | : | |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, As Trustee, For The Benefit of The Holders Of Corevest American Finance 2018-2 Trust Mortgage Pass-Through Certificates; BAY MANAGEMENT GROUP OF PHILADELPHIA, LLC; JAMES PAUL, d/b/a James Paul the ALPS Group; ALPS GROUP, INC. d/b/a James Paul the ALPS Group,** | : | |
| | : | |
| Defendants. | : | |

## CONSENT ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the stipulation of the parties through counsel, the times set forth in the Consent Order Extending the Revised Pretrial Order Deadlines by Sixty (60) Days, entered July 7, 2025 [Doc. 122] are hereby extended as follows:

1. All fact discovery shall be completed on or before October 29, 2025.

2. All Plaintiff's expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before November 12, 2025.

3. All Defendants' expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) on or before November 26, 2025.

4. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before November 17, 2025.

5. All motions to amend the pleadings, or for summary judgment, shall be filed on or before December 5, 2025. If such a motion or motions is/are filed, the parties are not relieved of their obligation to comply with the terms of the balance of this Pretrial Order.

6. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before December 5, 2025.

7. On or before February 1, 2026, the parties shall file a joint pretrial statement consistent with the form set forth in paragraph 7 of the Initial Pretrial Order. The joint pretrial order shall be signed by all parties. It is the obligation of Plaintiff's counsel to initiate, assemble and submit the proposed pretrial statement. Plaintiff's counsel shall submit a proposed joint pretrial statement to Defendants' counsel not less than seven (7) days prior to the deadline for its submission.

8. All motions in limine shall be filed on or February 1, 2026.

9. A mandatory final pretrial/settlement conference shall be held on **March 3, 2026** at **1:00 P.M.** in **Courtroom No. 2**, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

10. All other terms listed in the Initial Pretrial Order (Docket No. 57) shall remain in full effect, unless otherwise directed by this Court.

BY THE COURT:

_____
The Honorable Donald J. Baker
United States Bankruptcy Judge